IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAMES MAZZETTI,<br><br>    Plaintiff,<br><br>v.<br><br>UTAH DEP'T OF CORR. et al.,<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:19-CV-66-DN<br><br>District Judge David Nuffer |

  Plaintiff filed a prisoner civil rights complaint under 42 U.S.C.S. § 1983 (2019), (Doc. No. 6), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2019), (Doc. No. 5). However, Plaintiff has not obeyed the Court's September 16, 2019 order, (*id.*), to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined." 28 U.S.C.S. § 1915(a)(2) (2019). Indeed, the Court has not heard from him at all since he first submitted his complaint on August 22, 2019.

  Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

  DATED this 26th day of November, 2019.

           BY THE COURT:

           JUDGE DAVID NUFFER
           United States District Court